# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF FLORIDA

3:22 CV 22608-MCR-HTC

Preston Lewis

Plaintiff

Vs.

Barrons Property Managers Inc.

Defendant

# COMPLAINT AND DEMAND FOR JURY TRIAL

Preston Lewis alleges as follows:

# NATURE OF ACTION

FILED USDC FLND PN
NOV 8 '22 PM 1:50


1

1. Preston Lewis brings this action to enforce the provisions of the Fair

   Housing Act, as amended (FHA), 42 U.S.C. 3601 et seq.

2. This action is brought under 42 U.S.C. 3613(a), (b), (c), on behalf of Preston

   Lewis

# JURISDICTION AND VENUE

3. This court has jurisdiction over this action under 42 U.S.C. 3613 (a), (b), (c),

4. The Venue is proper in this district under 28 U.S.C. 1391(b) (1) (2) because

   the actions or omissions giving rise to the claim occurred in the Northern

   District of Florida.

# THE SUBJECT PROPERTY AND THE

# DEFENDANT

5. Barrons Property Mangers Inc. oversees managing 405 Schubert Drive

   apartment # D which is within a duplex apartment of ten residential units

   sitting west of Davis Hwy. Four units containing side by side duplex

2

residential units sits on the front street of 405 Schubert Drive and one unit
containing a side-by-side duplex residential units apt# C apt# D sits directly
behind residential units apt# A apt# B of the last residential units on the
corner. The back duplex residential units #C, #D has a mini parking lot for
parking. These residential units are dwellings within the meaning of the
FHA, 42 U.S.C. 3602 (b).

6. Barrons Property Mangers Inc. is incorporation in the state of Florida city of
   Gulf Breeze it looks as if the company was established in 2015 the company
   amended its articles of incorporation for name change multiple times over
   the course of seven years the name Barrons Property Mangers Inc. is the
   current name of the company relevant to this lawsuit.

7. Defendant Barrons Property Managers Inc. established around 2015 and
   rents manages several residential real estate properties in the State of
   Florida.

8. Barrons Property Mangers Inc. is responsible for managing the partnership
   and its day-to-day operations.

9. Defendant Leanna Samay worked for or with Barrons Property Management
   Inc. at the time of these allegations

# STATEMENT OF FACTS

10. Preston Lewis is a single Male of three daughters who occasionally stays with Preston Lewis.

11. Preston Lewis has been a resident at 405 Schubert Drive apartment D since September 7, 2016.

12. Lewis moved into the apartment under Legendary sales Inc. property managers at the time, who told Lewis to take photos and write down anything that needs fixing, so Lewis will not be charged for something he didn't do and to also fix any issues with the apartment.

13. Preston Lewis followed what was instructed of him during the first week of stay, Lewis noticed windows that would not lock and chilly air coming from outside also with bugs entering through small cracks.

14. Before any maintenance was done on the apartment the property owner switched property managers from Legendary sales Inc. to Eric Gleaton Realtors in November of 2019.

15. Eric Gleaton Realtors told Lewis that his company is now in charge and any new request can be made with the new property management company

16. Lewis then made the same request to Eric Gleaton Realtors whose company is now in charge. Lewis was told that someone would reach out soon regarding maintenance on the apartment.

17. Lewis then waited on the new company Eric Gleaton to get all paperwork together to execute the maintenance problems on the apartment. That conversation then went silent after not hearing back from anyone at Eric Gleaton, concerning maintenance. Lewis then complained again after noticing the job went undone.

18. Each time Lewis made a complaint or complained about the maintenance Eric Gleaton would tell Lewis that he would have a rent increase. After making a complaint about a bedroom window that does not lock and a bathroom window that cannot be open, making it a fire hazard. Eric Gleaton told Lewis someone would take care of the problem.

19. Once Eric Gleaton Realtors took over Lewis received new neighbors in 405 apartment # C December of 2019 after the previous renters departed.

20. Once the new neighbors arrived, he and she began to park cars and boats on the lot with multiple cars taking up much of the parking lot.

21. Upon arriving home Lewis sometimes had nowhere to park because of neighbors parking and having company over taking the parking lot.

22. Lewis then complained about the parking in the place where he pays to rent the dwelling at 405 Schubert Drive apartment D. Again, Lewis had no results. Lewis was told that he would have a rental increase when asked about parking a second time a few months later. No actions taken considering the parking at 405 Schubert Drive apartment # D

23. This went on for around three years on going issue days its parking other days it is not. The neighbors at 405 Schubert Drive apartment # C would park three cars and a boat parking long ways taking up multiple parkin places Lewis would make complaints by not having a place to park or Lewis's parking was limited with no parking.

24. The Property managers at Eric Gleaton would tell Lewis that they made the proper adjustments, and the problem would be taking care of. Well after the neighbors at 405 Schubert Dr. apt# C was told to move their cars neighbors at 405 Schubert Dr. apt# A would then bring his cars from in front of his house where he has two parking places to the back where the neighbors at 405 apt# C just moved their cars he would then fill up those parking places with two of his own cars leaving two empty parking places in front of his house. Lewis then asked Eric Gleaton Property managers about the number of parking slots tenants have available for the dwelling in which they rent. Eric Gleaton told Lewis that there are two parking slots per household.

25. Lewis then made a complaint to Eric Gleaton Realtors again and asked, "can you do something about the parking," because Preston Lewis would have company over, and they would have to park in the front of 405 Schubert Drive across the street where Lewis does not live and walk to the back to get to his house. When Lewis had company over upon leaving Lewis then would have to walk his company back to their cars for safety being it was dark with no lighting in the parking lot.

26. Lewis would have plumbing issues and would call the office to report it, and no one would come out to fix the problem. Lewis would ask what happened only to be told that they forgot to make the call to the plumbing company. Lewis has a certified license plumber friend in which Lewis would rent equipment from Home Depot to get the issues fixed. The problem was an ongoing issue for two to three years. Lewis neighbors in 405 apt# C had the same issue months later in 2021 they reported the issue with the property management company, and someone came to fix their problem two to three times before plumbers were hired to dig up and empty the septic tank. The company Eric Gleaton then told Lewis he was not lying and there really was something wrong with the plumbing.

27. During those two to three years from 2019 – 2022 Lewis witness his neighbors get multiple issues fixed on their apartments Lewis was afraid to

7

say anything in fear of rent retaliation, Lewis was silent. Lewis then wearing a heart monitor in 2019 said nothing and continued to pay his rent on time. Still no fixing on Lewis's apartment has occurred. At this point Lewis has been in a dwelling with no lock on the bedroom window and a bathroom window that will not open for about six years. During those six years   Lewis fell behind on rent once due to covid and asked for a timely period to catch up Lewis Eric Gleaton told Lewis that if all the rent was not paid that he would have to exit the apartment. Lewis upgraded the bathroom plumbing fixtures upon moving in but nothing else.

28. Around March of 2022 Lewis made a phone call to Eric Gleaton Realtors regarding parking. Reason being the same issues regarding parking were still ongoing from the same neighbors. Eric Gleaton told Lewis that a new Property Manager Company had takin over and Lewis needed to address his problems with the new property management company. Eric Gleaton provided Lewis with the name of the company "Barrons Property Managers" and a contact number to call. Lewis then contacted the above company and told them about the parking at 405 Schubert Drive as well as the windows. Barrons Property Management told Lewis they are in the process of getting all the information from the prior property management company Eric Gleaton and they would investigate. Lewis was instructed to take pictures

for now and send them over and they would look at the situation and adjust
if needed.

29. Barrons Property Management contacted Preston Lewis on March 16 by
mail to inform tenants of the new property management company how to
create an online portal file for rent payments, maintenance request and other
documents. The change would take effect April 1, 2022,

30. Barrons Property Managers upon their calling took actions immediately
with sending letters to the neighbors who then had a boat on the lot parked
sideways taking up multiple parking slots. Barrons then had two females
come out and look at the apartments take pictures of dwellings outside and
inside by that time Lewis had minor problems with the kitchen fixtures and
cabinets. Barrons Property Managers, after leaving sent someone out to look
at Lewis windows immediately. Lewis was told by the guy who was
supposed to install the new window after looking at the rest of the windows
that he needed to talk to the owner because he knew her personal and to see
if they could get a bedroom window out installed by next week, but he
doesn't think she will agree to having the bathroom window redone since it
would cost too much maintenance.

31. Barrons sent someone out right away to fix minor plumbing on kitchen sink
and cabinet knobs in the kitchen. While still present the caretaker asked

9

about the parking and begin to draw parking lines where people could park
and said that he won't be assigning any parking places but hopes everyone
respects each other and are able to work things out concerning the parking.

32. Lewis waited for about two to three months for the window installation but
never heard anything back from the window company or Barrons Property
Management. Lewis then decided to contact Barrons property managers
through portal because Lewis stove went out. Preston Lewis only uses the
portal to request maintenance since the portal does not except Lewis credit
cards or debit cards. Lewis, checking on the outcome of the window also
asked again cam they do something about the parking. After giving the letter
to Lewis's neighbor about his boat in 405 Schubert drive apt# C Lewis then
other neighbor in 405 Schubert drive apt# A pulled his cars around to the
back again parking his truck long ways again taking up multiple parking
places along with his car while having empty parking slots in front of his
dwelling where he pays to rent.

33. Lewis was instructed thru portal to list a phone number in which he could
be contacted and the time in which he could be available Lewis did that and
someone contacted Lewis later then what was written in the portal Lewis
missed the call no big deal, Lewis then called the number back later.  Lewis
assumes the call may have been placed after business hours being no answer

or answering machine to alert anyone of who number it was. Lewis had no clue that the number was from the guy coming to look at the stove.

34. On September 15, 2022, Lewis decided to reach back out to Barrons Property Management Inc. regarding the parking, windows, and the stove by phone. Lewis asked an employee at Barrons Property Managers have they received his email about the parking windows and stove. Barron Property Managers said that the stove guy reached out and had no contact with Lewis and that Lewis could reach back out to the stove guy to have the problems resolved. Lewis then asked about the windows and parking. Lewis was told by someone at Barrons Property Managers that the windows were not something they could just fix and that they would have to order the windows for the bedroom and that may take some time. Lewis said no problem then Lewis asked about parking and someone from Barrons Property Management said what is your problem with parking out there. Lewis replied have you seen the parking out here. Someone from Barrons Property Managers Inc. said they have seen the car park, and everything looks simply fine. Lewis then asked about the parking lines in the parking lot because people were still parking sideways taking up parking four months after the drawing of the lines. By tenants who have parking available where those tenants pay to rent. Instead of using the parking provided to the tenants who

have parking available in the dwelling in which the tenants pay to rent they decided that no rules apply to them, and they can park anywhere on the premises. Someone from Barrons Property Managers said Preston what is your problem with the parking out there if you cannot find a parking place then you just need to move around until you find a place to park, and to take pictures to send in thru the portal to show the parking if you have parking issues. Lewis then stated that it was not his job and that he is not taking any more pictures because no one does anything about parking. Lewis was then instructed that he had a rental renewal and rent increase that was sent out to him on September 1, 2022 as well as another on September 14, 2022 thru email and if the rental renewal wasn't sign by 12am September 15, 2022 that the rental renewal was over and that Lewis needed to vacate the property by October 31, 2022, Lewis then said he seen no such email and could he come into the office and work out this rental agreement deal and to show previous pictures of the parking by phone since no one had seen the property since the parking lines were laid. Lewis then was told no! the rental renewal offer was over and that he had until October 31, 2022, to move out and clean the apartment upon leaving. Lewis then jumped on his phone to look at the email to see if he had missed something. Lewis then noticed he did not miss anything. What Lewis did notice was an email from a private sender by the

name Leanna Samay with a rental renewal two from September 1, 2020, and another from September 14, 2022, Lewis never clicks on emails in which he does not recognize due to spam and hackers. Lewis then asked why Barrons Property Managers did not contact him either by phone or mail the proper way. Lewis has not received any notices from Barrons Property Managers concerning the rental renewal someone at Barrons Property stated you should have checked your email and that he could not come to the office. Soon after the phone call ended Lewis exercised his resources on how to resolve this problem. The next day there was and note on Lewis's door about the move out discussion he had just had with someone at Barrons Property Managers group.  When Lewis asked for a name so he could know who he was talking with during the phone conversation Lewis was told that there not giving a name.  Lewis has witnessed his neighbors' getting things fixed around their apartment during the time of Barrons Property Managers take over from Eric Gleaton.

35. Two days after the notice of note on the door of Lewis' dwelling Lewis received notice from Barrons Property Managers by mail with the move out papers.

13

# FACTUAL ALLAGATIONS

36. At all times during Preston Lewis stay at 405 Schubert Drive Apartment #D Lewis has had none of the problems fixed that he complained about for over 6 years.

37. All Lewis neighbors but one in a 10-duplex housing area are of Caucasian descent that had their apartments worked on and were able to park as they please on the property of 405 Schubert Drive. 405 Schubert drive apt# A and 405 Schubert drive apt# C would take turns parking until making parking unavailable until told to move. Once told to move, whoever was not told to move out of the two tenants at that moment from 405 Schubert Drive apt #A or 405 Schubert Drive apt #C would then resume parking in multiple spaces again. 405 Schubert drive apt # C has confederate slash American flag hanging out of the front window.

38. When Preston Lewis asked about or made complaints about the dwelling needs, property managers would then ask for a rent increase or told him he would have to move out

39. Barrons Property Management is under the Florida FHA which prohibits discrimination by direct providers of housing such as landlords and real estate companies as well as other entities.

40. With no secure windows Lewis lived in fear for his entire time renting.

41. At times Lewis's guests had nowhere to park due to a full parking lot from people not living on the premises as well as tenants.

42. Preston Lewis would have minor access to his front door due to his neighbor's dog leaving its waste behind and at times no one would clean it not being able to fully enjoy his dwelling.

43. Lewis then asked Barrons about fixing the dwelling and was told to move out without any hesitation and without properly serving and eviction notice

44. Defendant misrepresented the housing availability information

45. Discrimination against Americans with Disabilities Act under the ADA

# Fair Housing Violations

A. By their conduct above the defendants have discriminated in the terms and conditions or privileges of sale or rental of a dwelling because of family status in violation of 42 U.S.C. 3604.

B. Preston Lewis is aggrieved person as defined in 42 U.S.C. 3602(i) and suffered injuries as a result of the defendants conduct.

46. Defendants conduct described in the preceding paragraphs was intentional, willful, and taken is disregard for the right of others.

### PATTERN OR PRACTICE OF FAIR HOUSING VIOLATIONS

47. A pattern or practice of resistance to the full enjoyment of rights granted by the FHA in violation of 42 U.S.C. 3614(a)

# PRAYER FOR RELIEF

Preston Lewis requests that the court enter an order that declares that the defendant discriminatory policies and practices as alleged above violate the FHA. Stop the discrimination on all basis practice and policies of familial status in violation of the FHA in any aspect of a dwelling. And to restore nearly as practicable to the victim of the defendant unlawful practices to the position they

16

would have been in but for the discriminatory conduct and failing or refusing to take affirmative steps as may be necessary to prevent the recurrence of any discriminatory conduct in the future.

Award appropriate monetary damages to the Plaintiff harmed by the defendant discriminatory conduct as authorized by 42 U.S.C. 3612(o) (3), 3613(c)(1) and 3614(d)(1)(B) Lewis also prays for relief as the interest of justice may require.

# JURY TRIAL DEMAND

Preston Lewis demands a trial by jury of all issues so triable pursuant to Rule 38 of the federal rules of civil procedure.

Preston Lewis 405 Schubert Dr apt# D

Presto Lewis
11/7/2022

I certify this to be a true
copy of the original

_____
**Notary**

Date: November 07, 2022

Sworn and subscribed to me
This___7___ day of November, 2022.

_____
Notary

____Personally known __X__ Produced ID

FLID

Type of ID Produced

ANDRELLE SMITH
MY COMMISSION # HH137722
EXPIRES: June 03, 2025

18