UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESTON LEWIS

    VS                                                                                                              3:22-cv-22608-MCR-HTC

BARRONS PROPERTY
MANAGERS, INC.

**JUDGMENT**

Pursuant to and at the direction of the Court Defendant Barron's motion to dismiss is GRANTED. This case is DISMISSED sua sponte as to the other Defendants.

                                                                         JESSICA J. LYUBLANOVITS,
                                                                         CLERK OF COURT

May 26, 2023                                      /s/ *A'Donna Bridges, Deputy Clerk*