UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION

| Preston Lewis | ) | |
| --- | --- | --- |
| Plaintiff/Appellant | ) | Case No<br>3:22-cv-22608-MRC-HTC<br>MCR-HTC |
| | ) | |
| v. | ) | |
| | ) | |
| BARRONS PROPERTY MANAGERS INC.et., al | ) | |
| Defendant/Appellee | ) | |

# PLAINTIFF'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff/Appellant, Preston Lewis, on this 26 day of June 2023, respectfully appeals to the 11th Circuit Court of Appeals, the following order:

| **17** | **Title** | **Date Rendered** |
| --- | --- | --- |
| 17 | *Order adopting report and recommendation* | 05/26/2023 |

Nature of appealed order ≈ order adopting report & recommendation
Jurisdiction

A conformed copy of which is attached in accordance with Rule 3(a) Fed. R. App. P. Likewise, an order of indigence is attached pursuant to Rule 24(a) Fed. R. App. P.

(Please see **Order #** and **Addendum A**, respectively)

Respectfully submitted,

**/s/**
**Preston Lewis**, Plaintiff
5 De Luna Dr. Pensacola, FL 32506
513 905-5930
Pzero_850@yahoo.com


FILED USDC FLND PN
JUN 26 '23 PM 3:50

## CERTIFICATE OF COMPLIANCE

I certify that the size and style of type used in this document is Times New Roman 14-point Font (caption) and Courier New 12-point Font (contents); thus, complying with the font requirements of Local Rule 1.05(a).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June 2023, I mailed the foregoing with the Clerk of Courts by using the United States Post office. Which will automatically transmit this document to the attached service list.

/s/ Preston Lewis

Endnotes:

## SERVICE LIST

Daniel E Harrell, Esquire (105222)

E: dharrell@clarkpartington.com
P: 850 434-9200

(defendant's trial lawyers)

Sworn and subscribed to me
This 26 day of June, 2023
_____
Notary

___ Personally known  ✓ Produced ID

Type of ID Produced: FDL


KENNY B. NGUYEN
MY COMMISSION # HH278928
EXPIRES: June 21, 2026

# ORDER #1

United States District Court, of Florida, Pensacola, Division
3:22-cv-22608-MCR-HTC

05/26/2023

17
*Order adopting report and recommendations,*

Case 3:22-cv-22608-MCR-HTC   Document 17   Filed 05/26/23   Page 1 of 2
Case 3:22-cv-22608-MCR-HTC   Document 20   Filed 06/26/23   Page 4 of 8

Page 1 of 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESTON LEWIS,

    Plaintiff,

v.                                          Case No. 3:22cv22608-MCR-HTC

BARRONS PROPERTY
MANAGERS, INC.,

    Defendant.

_____/

# ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 11, 2023 (ECF No. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

Case 3:22-cv-22608-MCR-HTC    Document 17    Filed 05/26/23    Page 2 of 2
Case 3:22-cv-22608-MCR-HTC    Document 20    Filed 06/26/23    Page 5 of 8

Page 2 of 2

2. Defendant Barrons's motion to dismiss, ECF Doc. 12, is GRANTED.

3. This case is DISMISSED *sua sponte* as to the other Defendants.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 26th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

# ADDENDUM A

```
United States District Court, Florida, [courtDistrict]
                       [caseNo]

                       [dtRndr]

                         [#]
"Order Granting Plaintiff's Motion for Leave to Proceed In Forma Pauperis"
```