# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 06, 2024

Clerk - Northern District of Florida
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 23-12163-F
Case Style: Preston Lewis v. Barrons Property Managers Inc.
District Court Docket No: 3:22-cv-22608-MCR-HTC

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:      404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:      404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:         404-335-6125     Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

Case 3:22-cv-22608-MCR-HTC   Document 31   Filed 02/06/24   Page 2 of 3
USCA11 Case: 23-12163   Document: 20   Date Filed: 02/06/2024   Page: 2 of 3

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 23-12163-F

PRESTON LEWIS,

        Plaintiff - Appellant,

versus

BARRONS PROPERTY MANAGERS INC.,

        Defendant - Appellee.

Appeal from the United States District Court
for the Northern District of Florida

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Preston Jermain Lewis has failed to pay the filing and docketing fees to the district court within the time fixed by the rules.

Effective February 06, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION